UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



MICHAEL TOLBERT                                                           PLAINTIFF

VERSUS                                      CIVIL ACTION NO.: 4:05cv50TSL-AGN

JOHN STEIN FARRIOR, SHERIFF
OF WAYNE COUNTY, MISSISSIPPI,
In his Individual and Official Capacities,
and the WAYNE COUNTY BOARD OF
SUPERVISORS, CLYDE REVETTE,
FRED ANDREWS, JERRY HUTTO,
LARRY MARTIN, and GASTON D.
HUTCHERSON, in their Individual and
Official Capacities                                                       DEFENDANTS

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

ON THE FILED STIPULATION of the parties by and through their attorneys of record, it is hereby FINALLY ORDERED AND ADJUDGED as follows:

1. This civil action and all claims of the Plaintiff against the Defendants have been fully and finally compromised and settled.

2. This civil action is hereby fully and finally dismissed with prejudice against the Plaintiff and in favor of the Defendants.

3. The Case Management Order is amended to provide that the United States Magistrate Judge has jurisdiction to enter this Final Judgment of Dismissal with Prejudice.

4. The parties shall pay their respective court costs incurred herein.

ORDERED AND ADJUDGED, this the 23rd day of Feb., 2006.

_____
U. S. Magistrate Judge

APPROVED AND AGREED TO:

_____
Attorney for Plaintiff

_____
Attorney for Defendant